```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                          Case No. 16-04203-RNO
David Matthew Banks                                             Chapter 13
Ana Esther Banks
        Debtors                   **CERTIFICATE OF NOTICE**

District/off: 0314-1           User: MMchugh              Page 1 of 1              Date Rcvd: Jan 23, 2017
                               Form ID: pdf010            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 25, 2017.
              Midland Funding LLC,   c/o Encore Capital Group, Inc.,   Kenneth A. Vecchione, President,
                3111 Camino Del Rio St N Ste 103,   San Diego, CA  92108-5721

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2017                                      Signature:  /s/Joseph Speetjens

---

                        **CM/ECF NOTICE OF ELECTRONIC FILING**

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 23, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Dorothy L Mott    on behalf of Debtor David Matthew Banks DorieMott@aol.com,
               KaraGendronECF@gmail.com;kristinkmessneresquire@msn.com;doriemott01@yahoo.com;bethsnyderecf@gmail
               .com
              Dorothy L Mott    on behalf of Joint Debtor Ana Esther Banks DorieMott@aol.com,
               KaraGendronECF@gmail.com;kristinkmessneresquire@msn.com;doriemott01@yahoo.com;bethsnyderecf@gmail
               .com
              John F Goryl    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| DAVID MATTHEW BANKS | : | |
| ANA ESTHER BANKS | : | CASE NO. 1:16-bk-04203 |
| fka Ana Esther Velazquez, | : | |
| Debtors | : | |
| | : | |
| DAVID MATTHEW BANKS | : | |
| ANA ESTHER BANKS | : | |
| fka Ana Esther Velazquez, | : | |
| Movants | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| MIDLAND FUNDING LLC, | : | |
| Respondent | : | |
| | : | |

## O R D E R

UPON consideration of the foregoing Motion to Avoid Judgment of Respondent under Section 522(f) of the Bankruptcy Code , it is hereby
ORDERED AND DECREED that the relief prayed for in the Motion be, and hereby is granted, to wit, the judgment of MIDLAND FUNDING LLC in the approximate amount of $1,420.52 entered in Dauphin County at docket number # 2013 CV 5899 be and hereby is avoided; it is further
ORDERED AND DECREED that a certified copy of this Order may be filed with the Prothonotary of Dauphin County and the Prothonotary is directed to terminate the judgment in the judgment indices.

By the Court,

Dated: January 23, 2017

Robert N. Opel, II, Chief Bankruptcy Judge
(DG)