# MOTT & GENDRON LAW

## *Attorneys and Counselors at Law*
Board Certified in Consumer Bankruptcy Law - American Board of Certification
125 STATE STREET, HARRISBURG, PENNSYLVANIA 17101
Website: http://www.mottgendronlaw.com

| | |
|---|---|
| Dorothy L. Mott, Esquire | Telephone: (717) 232-6650 |
| Kara K. Gendron, Esquire | Fax: (717) 232-0477 |

August 16, 2018

CLERK, U.S. BANKRUPTCY COURT
THE RONALD REAGAN FEDERAL BUILDING
228 WALNUT STREET, ROOM 320
HARRISBURG, PA 17101

Re:   David Matthew Banks & Ana Esther Banks
         BANKRUPTCY CASE NO:1:16-bk-04203

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

Please change the address for the above referenced debtors to:

2432 Chadwick Court
Harrisburg, PA 17110


Please remove old address from the mailing matrix.


Thank you for your attention to this matter.


Sincerely,

/s/Edith Warfel
Edith Warfel, Secretary