IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 16-04203** |
| **David Matthew Banks** | : | **Chapter 13** |
| **Ana Esther Banks FKA Ana Esther** | : | **Judge Henry W. Van Eck** |
| **Velazquez** | : | * * * * * * * * * * * * * * * * * * |
| | | |
| **Debtor(s)** | | |
| | : | |
| **Wells Fargo Bank, N.A., d/b/a Wells** | : | **Related Document #** |
| **Fargo Auto.** | : | |
| **Movant,** | : | |
| **vs** | : | |
| | : | |
| **David Matthew Banks** | : | |
| **Ana Esther Banks FKA Ana Esther** | : | |
| **Velazquez** | : | |

**Charles J DeHart, III**
        **Respondents.**

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney enters their appearance as counsel for Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto., its successor and assigns ("Creditor") in the above referenced case.

Please send all notices issued in this case to the undersigned at the address below.

        Respectfully submitted,

        /s/ Karina Velter

        Karina Velter, Esquire (94781)
        Adam B. Hall (323867)
        Sarah E. Barngrover (323972)
        Manley Deas Kochalski LLC
        P.O. Box 165028
        Columbus, OH 43216-5028
        Telephone: 614-220-5611
        Fax: 614-627-8181
        Attorneys for Creditor
        The case attorney for this file is Karina Velter.
        Contact email is kvelter@manleydeas.com

20-021691_PS

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | : |
| | : Case No.: 16-04203 |
| **David Matthew Banks** | : **Chapter 13** |
| **Ana Esther Banks FKA Ana Esther** | : **Judge Henry W. Van Eck** |
| **Velazquez** | : * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | |
| | : |
| **Wells Fargo Bank, N.A., d/b/a Wells** | : **Related Document #** |
| **Fargo Auto.** | : |
| **Movant,** | : |
| vs | : |
| | : |
| **David Matthew Banks** | : |
| **Ana Esther Banks FKA Ana Esther** | : |
| **Velazquez** | : |

**Charles J DeHart, III**
        **Respondents.**

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Notice of Appearance and Request for Notices was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

   Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

   Charles J DeHart, III, Chapter 13 Trustee, dehartstaff@pamd13trustee.com

   Kara Katherine Gendron, Attorney for David Matthew Banks and Ana Esther Banks FKA
   Ana Esther Velazquez, karagendronecf@gmail.com

   Dorothy L Mott, Attorney for David Matthew Banks and Ana Esther Banks FKA Ana Esther
   Velazquez, DorieMott@aol.com

     I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

20-021691_PS

David Matthew Banks and Ana Esther Banks FKA Ana Esther Velazquez, 2432 Chadwick Court, Harrisburg, PA 17110

/s/ Karina Velter

20-021691_PS