# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | |
| | **Case No.: 16-04203** |
| **David Matthew Banks** | **Chapter 13** |
| **Ana Esther Banks FKA Ana Esther Velazquez** | **Judge Henry W. Van Eck** |
| **Debtor(s)** | |
| **Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto** | **Date and Time of Hearing** |
| | **Place of Hearing** |
| Movant, | **January 12, 2021 at 09:30 a.m.** |
| vs | |
| | **Ronald Reagan Federal Building** |
| **David Matthew Banks** | **228 Walnut Street Rm 320** |
| **Ana Esther Banks FKA Ana Esther Velazquez** | **Harrisburg, PA, 17101** |
| **Charles J DeHart, III (Trustee)** | |
| **Respondents.** | |

## CERTIFICATE OF NON-CONCURRENCE

I, Karina Velter, Esquire, attorney for Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto, do hereby certify that I did seek concurrence of Debtor's attorney, Kara Katherine Gendron and Dorothy L Mott, and the Chapter 13 Trustee, and that concurrence was not reached.

/s/ Karina Velter
Karina Velter, Esquire (94781)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

20-021691_EJS1