LOCAL BANKRUPTCY FORM 9019-1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : |
| **David Matthew Banks** | : CHAPTER **13** |
| **Ana Esther Banks FKA Ana Esther Velazquez** | : |
| | : CASE NO.: **16-04203** |
| | : |
| **Debtor(s)** | : |
| | : |
| **Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto** | : ADVERSARY NO. ___-____-ap-_____ |
| | : (if applicable) |
| **Plaintiff(s)/Movant(s)** | : |
| vs | : Nature of Proceeding: **Hearing** |
| | : Pleading: **Motion for Relief from the Automatic Stay** |
| **David Matthew Banks** | : |
| **Ana Esther Banks FKA Ana Esther Velazquez** | : |
| | : Document #: **47** |
| **Charles J DeHart, III** | |
| **Defendants(s)/Respondent(s)** | |

## REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST

CHECK ONE:

☐ The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

☒ The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).

☒ Thirty (30) days.

☐ Forty-five (45) days.

☐ Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

20-021691_SCS2

Dated: January 8, 2021                /s/ Karina Velter
                                      Attorney for Wells Fargo Bank, N.A., d/b/a
                                       Wells Fargo Auto

20-021691_SCS2