**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | **Case No.: 16-04203** |
| **David Matthew Banks** | : | **Chapter 13** |
| **Ana Esther Banks FKA Ana Esther** | : | **Judge Henry W. Van Eck** |
| **Velazquez** | : | * * * * * * * * * * * * * * * * * * * |
| | : | |
| **Debtor(s)** | : | |
| | : | |
| **Wells Fargo Bank, N.A., d/b/a Wells** | : | **Related Document #** |
| **Fargo Auto** | : | |
| **Movant,** | : | |
| **vs** | : | |
| | : | |
| **David Matthew Banks** | : | |
| **Ana Esther Banks FKA Ana Esther** | : | |
| **Velazquez** | : | |
| | : | |

**Charles J DeHart, III**
                    **Respondents.**

<u>**WELLS FARGO BANK, N.A., D/B/A WELLS FARGO AUTO'S NOTICE OF**</u>
<u>**WITHDRAWAL OF SUPPLEMENTAL PROOF OF CLAIM**</u>
<u>**(DOCKET NO. 25)**</u>

AND NOW, comes Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto ("Creditor") by and

through its attorneys, Manley Deas Kochalski LLC and hereby withdraws its Supplemental Proof

of Claim which was filed in this Court on January 20, 2021.

Respectfully submitted,

 /s/ Sarah E. Barngrover
Karina Velter, Esquire (94781)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor

20-021691_EJH

The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

20-021691_EJH

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | : |
| | : **Case No.: 16-04203** |
| **David Matthew Banks** | : **Chapter 13** |
| **Ana Esther Banks FKA Ana Esther** | : **Judge Henry W. Van Eck** |
| **Velazquez** | : * * * * * * * * * * * * * * * * * * * * |
| | : |
| **Debtor(s)** | : |
| | : |
| **Wells Fargo Bank, N.A., d/b/a Wells** | : **Related Document #** |
| **Fargo Auto** | : |
| **Movant,** | : |
| vs | : |
| | : |
| **David Matthew Banks** | : |
| **Ana Esther Banks FKA Ana Esther** | : |
| **Velazquez** | : |
| | |
| **Charles J DeHart, III** | |
| **Respondents.** | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Withdrawal of

Supplemental Proof of Claim was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Charles J DeHart, III, Chapter 13 Trustee, 8125 Adams Drive, Suite A, Hummelstown, PA
17036, dehartstaff@pamd13trustee.com

Kara Katherine Gendron, Attorney for David Matthew Banks and Ana Esther Banks FKA
Ana Esther Velazquez, 125 State Street, Harrisburg, PA  17101, karagendronecf@gmail.com

Dorothy L Mott, Attorney for David Matthew Banks and Ana Esther Banks FKA Ana Esther
Velazquez, 125 State Street, Harrisburg, PA  17101, DorieMott@aol.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on February 12,
2021:

20-021691_EJH

David Matthew Banks and Ana Esther Banks FKA Ana Esther Velazquez, 2432 Chadwick Court, Harrisburg, PA  17110

DATE:  02/12/2021

/s/ Sarah E. Barngrover

Karina Velter, Esquire (94781)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

20-021691_EJH