Certificate Number: 06531-PAM-DE-038138401

Bankruptcy Case Number: 16-04203


06531-PAM-DE-038138401

# C<span style="font-variant: small-caps">ertificate</span> O<span style="font-variant: small-caps">f</span> D<span style="font-variant: small-caps">ebtor</span> E<span style="font-variant: small-caps">ducation</span>

I CERTIFY that on <u>January 29, 2024</u>, at <u>1:45</u> o'clock <u>PM CST</u>, <u>David M Banks</u> completed a course on personal financial management given <u>by internet</u> by <u>Allen Credit and Debt Counseling Agency</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>January 29, 2024</u>　　　By: <u>/s/Sharon Schroeder</u>

　　　　　　　　　　　　　　　Name: <u>Sharon Schroeder</u>

　　　　　　　　　　　　　　　Title: <u>Certified Credit Counselor</u>