United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
David Matthew Banks  
Ana Esther Banks  
    Debtors

Case No. 16-04203-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 4  
Date Rcvd: Jan 30, 2024     Form ID: 3180W     Total Noticed: 52

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David Matthew Banks, Ana Esther Banks, 2432 Chadwick Court, Harrisburg, PA 17110-3500 |
| aty | + | John F Goryl, 213 Tiverton Lane, Harrisburg, PA 17112-7005 |
| 4842959 | | CB/KINGSZE, BANKRUPTCY NOTICES, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 4842965 | | COMMONWEALTH OF PA, DEPARTMENT OF REVENUE, BUREAU OF INDIVIDUAL TAX, DEPT 280431, HARRISBURG, PA 17128-0431 |
| 4842972 | + | HUD/FHA, NATIONAL SERVICING CENTER, 301 NW SIXTH ST, STE 200, OKLAHOMA CITY, OK 73102-2811 |
| 4842976 | | MERCHANCTS CR, 233 W JACKSON ST, CHICAGO, IL 60606 |
| 4842978 | + | PAXTON CROSSING HOA, PO BOX 233, HUMMELSTOWN, PA 17036-0233 |
| 4842980 | + | PINNACLE HEALTH HOSPITALS, PO BOX 2353, HARRISBURG, PA 17105-2353 |
| 4842981 | #+ | PROGRESSIVE INSURANCE, 5165 CHAMPUS DR, STE 100, PLYMOUTH MEETING, PA 19462-1133 |
| 4842985 | + | TAM TRAVEL ADVANTAGE NETWORK, PO BOX 311, 672 OLD MILL ROAD, MILLERSVILLE, MD 21108-1363 |
| 4842986 | + | TRISTAN RADIOLOGY SPECIALISTS PC, 4520 UNION DEPOSIT RD, HARRISBURG, PA 17111-2910 |
| 4842990 | + | WFDS FINANCIAL INC, PO BOX 19733, IRVINE, CA 92623-9733 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4842956 | + | EDI: CITICORP | Jan 30 2024 23:44:00 | BBY/CBNA, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 4842957 | | EDI: CAPITALONE.COM | Jan 30 2024 23:44:00 | CAPITAL ONE (BANKRUPTCY NOTIFICATION) (p, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 4842958 | + | EDI: WFNNB.COM | Jan 30 2024 23:44:00 | CB/FLLBTY, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 4842960 | | EDI: WFNNB.COM | Jan 30 2024 23:44:00 | CB/ROAMANS, BANKRUPTCY NOTICES, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 4842961 | | EDI: WFNNB.COM | Jan 30 2024 23:44:00 | CB/WMNWTHN, BANKRUPTCY NOTICES, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 4842963 | + | EDI: CITICORP | Jan 30 2024 23:44:00 | CHLD/CBNA, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 4842964 | | EDI: PENNDEPTREV | Jan 30 2024 23:44:00 | COMM OF PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 4842964 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 30 2024 18:46:00 | COMM OF PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 4842966 | + | Email/Text: ra-li-ucts-bankhbg@state.pa.us | Jan 30 2024 18:46:00 | COMMONWEALTH OF PENNSYLVANIA, DEPT OF L & I; OFFICE OF CHIEF COUNSEL, UNEMPLOYMENT COMP OVERPAYMENT |

| Recipient ID | | Delivery Method | Date/Time | Address |
| --- | --- | --- | --- | --- |
| | | | | MATTERS, 651 BOAS STREET, HARRISBURG, PA 17121-0725 |
| 4842967 | | EDI: CBS7AVE | Jan 30 2024 23:44:00 | COUNTRY DOOR, 1112 7TH AVE, MONROE, WI 53566-1364 |
| 4842968 | + | EDI: CCS.COM | Jan 30 2024 23:44:00 | CREDIT COLL, PO BOX 607, NORWOOD, MA 02062-0607 |
| 4842969 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 30 2024 18:55:50 | CREDITONE BANK, PO BOX 98872, LAS VEGAS, NV 89193-8872 |
| 4882164 | + | EDI: WFNNB.COM | Jan 30 2024 23:44:00 | Comenity Capital Bank/Paypal Credit, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 4858529 | + | EDI: CBS7AVE | Jan 30 2024 23:44:00 | Country Door, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 4842970 | + | EDI: CBSAMERIMARK | Jan 30 2024 23:44:00 | DR LEONARDS, CUSTOMER BILLING, PO BOX 7821, EDISON, NJ 08818-7821 |
| 4855669 | + | EDI: CBSAMERIMARK | Jan 30 2024 23:44:00 | Dr Leonards Shop Now, c/o Creditors Bankruptcy Service, P O Box 800849, Dallas, TX 75380-0849 |
| 4842971 | | EDI: CBS7AVE | Jan 30 2024 23:44:00 | GINNY'S, 1112 7TH AVE, MONROE, WI 53566-1364 |
| 4858527 | + | EDI: CBS7AVE | Jan 30 2024 23:44:00 | Ginny's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 4842973 | | EDI: IRS.COM | Jan 30 2024 23:44:00 | INTERNAL REVENUE SERVICE - CIO, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 4842962 | | Email/Text: info@pamd13trustee.com | Jan 30 2024 18:46:00 | CHARLES J DEHART, III, ESQ., 8125 ADAMS DRIVE STE A, HUMMELSTOWN PA 17036 |
| 4870549 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 30 2024 18:45:24 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4842975 | | Email/Text: camanagement@mtb.com | Jan 30 2024 18:46:00 | M & T MORTGAGE, ATTN: MARY ANN GRABOWSKI, PO BOX 840, BUFFALO, NY 14240-0840 |
| 4863374 | | Email/Text: camanagement@mtb.com | Jan 30 2024 18:46:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 4842977 | + | EDI: CBS7AVE | Jan 30 2024 23:44:00 | MONTGOMERY WARD, 1112 7TH AVENUE, MONROE, WI 53566-1364 |
| 4875401 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 30 2024 18:46:00 | Midland Funding, LLC, Midland Credit Management, Inc., as agent for Midland Funding, LLC, PO BOX 2011, Warren, MI 48090-2011 |
| 4870111 | + | EDI: CBS7AVE | Jan 30 2024 23:44:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P O Box 800849, Dallas, TX 75380-0849 |
| 4842979 | + | EDI: SYNC | Jan 30 2024 23:44:00 | PAY PAY CREDIT, BK NOTICES, PO BOX 5138, TIMONIUM, MD 21094-5138 |
| 4881911 | | EDI: PRA.COM | Jan 30 2024 23:44:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 4882257 | | EDI: PRA.COM | Jan 30 2024 23:44:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 4842982 | + | Email/Text: BankruptcyMail@questdiagnostics.com | Jan 30 2024 18:46:00 | QUEST DIAGNOSTICS, C/O PATIENT BANKRUPTCY SERVICES, PO BOX 740775, CINCINNATI, OH 45274-0775 |
| 4865060 | | EDI: Q3G.COM | Jan 30 2024 23:44:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 4866567 | | EDI: Q3G.COM | Jan 30 2024 23:44:00 | Quantum3 Group LLC as agent for, Comenity |

| Recip ID | | Bypass | Notice Method | Date/Time | Recipient Name and Address |
|---|---|---|---|---|---|
| | | | | | Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 4842983 | + | | Email/Text: birminghamtops@sba.gov | Jan 30 2024 18:46:55 | SMALL BUSINESS ADMINISTRATION, 801 TOM MARTIN DRIVE, STE 120, BIRMINGHAM, AL 35211-6424 |
| 4842984 | + | | EDI: SYNC | Jan 30 2024 23:44:00 | SYNCB/WALMART, PO BOX 965024, ORLANDO, FL 32896-5024 |
| 5109745 | + | | Email/Text: bncmail@w-legal.com | Jan 30 2024 18:46:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121, SYNCHRONY BANK, c/o Weinstein & Riley, P.S. 98121-3132 |
| 5109744 | + | | Email/Text: bncmail@w-legal.com | Jan 30 2024 18:46:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 4842987 | + | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Jan 30 2024 18:46:00 | UNEMPLOYMENT COMP OVERPAYMENT MATTERS, DEPT OF LABOR AND INDUSTRY, OFICE OF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121-0751 |
| 4842988 | + | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Jan 30 2024 18:46:00 | UNEMPLOYMENT COMP TAX MATTERS, HARRISBURG CASES - OFF OF CHIEF COUNSEL, DEPT OF LABOR & INDUSTRY, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121-0751 |
| 4842989 | + | | EDI: BLUESTEM | Jan 30 2024 23:44:00 | WEBBANK/GTN, 6250 RIDGEWOOD ROAD, SAINT CLOUD, MN 56303-0820 |
| 4852825 | | | EDI: WFFC2 | Jan 30 2024 23:44:00 | Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se, P.O. Box 19657, Irvine, CA 92623-9657 |
| 5386062 | + | | EDI: WFFC2 | Jan 30 2024 23:44:00 | Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto, Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-1663 |

TOTAL: 41

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 4842974 | * | IRS CENTRALIZED INSOLVENCY ORGANIZATION, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2024       Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2024 at the address(es) listed below:**

**Name**     **Email Address**

Adam Bradley Hall
: on behalf of Creditor Wells Fargo Bank  N.A., d/b/a Wells Fargo Auto amps@manleydeas.com

Denise E. Carlon
: on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com  bkgroup@kmllawgroup.com

Dorothy L Mott
: on behalf of Debtor 2 Ana Esther Banks DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com;mottgendronlaw@jubileebk.net;mott.dorothyb@notify.bestcase.com;doriemott@aol.com

Dorothy L Mott
: on behalf of Debtor 1 David Matthew Banks DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com;mottgendronlaw@jubileebk.net;mott.dorothyb@notify.bestcase.com;doriemott@aol.com

Jack N Zaharopoulos
: TWecf@pamd13trustee.com

James Warmbrodt
: on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com

Kara Katherine Gendron
: on behalf of Creditor Wells Fargo Bank  N.A., d/b/a Wells Fargo Auto karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net

Kara Katherine Gendron
: on behalf of Debtor 1 David Matthew Banks karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net

Kara Katherine Gendron
: on behalf of Debtor 2 Ana Esther Banks karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net

Michael Patrick Farrington
: on behalf of Creditor M&T BANK mfarrington@kmllawgroup.com

United States Trustee
: ustpregion03.ha.ecf@usdoj.gov

TOTAL: 11

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | David Matthew Banks<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–9451<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | Ana Esther Banks<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–9294<br>EIN  __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:16-bk-04203-HWV | |

# Order of Discharge   12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

David Matthew Banks

Ana Esther Banks
fka Ana Esther Velazquez

1/30/24

**By the court:**

*Henry W. Van Eck* (signature)

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W  **Chapter 13 Discharge**  page 2