UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: DAVID MATTHEW BANKS
ANA ESTHER BANKS
F/K/A ANA ESTHER VELAZQUEZ

CHAPTER 13

CASE NO: 1-16-04203HWV

Debtor(s)

## FUNDS REMITTED TO COURT

Please find hereto check number 9018026 in the amount of $27.10 representing unclaimed funds owed to creditor, US Small Business Administration. Trustee is remitting the funds owed to said creditor to the U. S. Bankruptcy Court due to the fact that Trustee has been unable to locate said creditor. Funds remitted to the address on file with the Court have been returned, and all attempts to contact creditor to obtain a valid address have failed.

| Claim No. | Creditor | Amount |
|---|---|---|
| 001-0 | US SMALL BUSINESS ADMINSTRATION<br>PO BOX 740192<br>ATLANTA, GA  30374-0192 | $27.10 |

Dated: February 14, 2024

/s/ Donna Schott
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA  17036
Phone:  (717) 566-6097
email: info@pamd13trustee.com